# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-105 |
| | § | |
| SHAQUILLE O'NEAL RICHARDS, *et al.* | § | |

## ORDER

Pending before the Court is the Unopposed Motion for Continuance (Dkt. 110) filed by Defendants. The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. 3161, for all defendants. The period of excludable delay shall end at commencement of trial or disposition of charges. A new trial date to be determined.

SIGNED at Houston, Texas on February 5, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE